U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 NOV 23 PM 1:05

CLERK

BY ⎯⎯⎯⎯⎯⎯⎯⎯
   DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

IN RE: )
NONJUDICIAL CIVIL FORFEITURE ) Misc. No.: 5:21-mc-104
PROCEEDING )
 )
 )

### ORDER EXTENDING TIME TO FILE COMPLAINT FOR FORFEITURE
### AND/OR TO OBTAIN INDICTMENT ALLEGING FORFEITURE

The United States having applied to the Court, pursuant to 18 U.S.C. § 983(a)(3)(A), for an order extending, to and through February 27, 2022, the time in which the United States may file a complaint for forfeiture and/or obtain an indictment alleging forfeiture with respect to certain property against which the United States Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") initiated nonjudicial civil forfeiture proceedings and to which Matthew Fidler asserted an interest, to wit, $5,566.00, more or less, in United States currency that ATF seized from Fidler during his arrest in South Burlington, on February 12, 2021 (the "Subject Property"); and

The United States having represented to the Court as follows:

1. In accordance with 18 U.S.C. § 983(a)(1)(A), ATF provided written notice of its intent to forfeit the Subject Property to all known interested parties;

2. On or about April 25, 2021, ATF received from Matthew Fidler a claim in which Fidler asserted an interest in the Subject Property;

3. No other person has filed a claim to the Subject Property or asserted any interest therein and, pursuant to 18 U.S.C. § 983(a)(2), the time for doing so has expired;

4. Matthew Fidler has agreed and consented to the relief requested by the United States, to wit, an order extending, to and through February 27, 2022, the time in which the

United States may file a complaint for forfeiture against the Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture; and

5. The United States seeks the requested relief in order to permit the parties sufficient time in which to potentially resolve this matter without protracted litigation; and

The Court being expressly authorized, pursuant to 18 U.S.C. § 983(a)(3)(A), to extend, upon agreement of the parties, the time in which the United States may file a complaint for forfeiture against the Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture;

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 983(a)(3)(A), that the date by which the United States may file a complaint for forfeiture against the Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture is extended to and through February 27, 2022.

Dated at Burlington, in the District of Vermont, this 23rd day of November, 2021.

_____
Geoffrey W. Crawford, Chief Judge
U.S. District Court